Before STATE INDUSTRIAL BOARD, Respondent. EDWARD BIRDSALL, Claimant, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Award affirmed, with costs in favor of the State Industrial Board. H. T. Kellogg, Van Kirk and Hasbrouck, JJ., concur; Hinman and McCann, JJ., dissent on the authority of *Matter of Jordan* v. *Decorative Co.* (230 N. Y. 522).

Before STATE INDUSTRIAL BOARD, Respondent. THOMAS BEAUCHAMP, Claimant, Respondent, v. JACOB ALTMARK and Another, Doing Business under the Firm Name of J. ALTMARK, and Another, Appellants.— Award reversed and claim dismissed as to the insurance carrier, with costs against the State Industrial Board, on the ground that the policy does not cover the employee's firm for which said Board has found the claimant was working. Cochrane, P. J., H. T. Kellogg, Hinman, Hasbrouck and McCann, JJ., concur.

GEORGE M. H. BREES, as Administrator, etc., of DOROTHEA MAE BREES, Deceased, Respondent, v. SCHENECTADY RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and Hasbrouck, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. CHARLES CLINTON BROWN, Claimant, Respondent, v. WICHERT, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ.

FRANK T. BROCK and Another, Respondents, v. LEE DYGERT and Another, Appellants.— Judgment and order affirmed, with costs. Cochrane, P. J., Van Kirk, Hinman and McCann, JJ., concur; Hasbrouck, J., dissents.

EDWARD F. BELLER, Respondent, v. THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

SIDNEY COLEMAN, Appellant, v. FLOSSIE COLEMAN, Respondent.— Judgment unanimously affirmed, with costs. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

THOMAS H. CASSIDY, Respondent, v. JOSEPH M. PURCELL, Appellant, Impleaded with Another.— Judgment and order reversed on the ground that the verdict is against the weight of the evidence, and new trial granted, with costs to the appellant to abide the event. H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ., concur.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH DELLATERO, Claimant, Appellant, v. BENJAMIN WOLFF and Another, Respondents.— Decision affirmed, without costs. H. T. Kellogg, Van Kirk, Hinman and McCann, JJ., concur; Hasbrouck, J., dissents.

Before STATE INDUSTRIAL BOARD, Respondent. EMMA DUCHENES, Claimant, Respondent, v. PLATTSBURGH GAS AND ELECTRIC COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ.